FILED

2018 Aug-01  PM 01:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

BEVERLY CALHOUN,

              Plaintiff,

     vs.

SENTRY CREDIT, INC., a Washington corporation,

             Defendant.

Case No.   2:18-CV-00222-MHH

Judge Hon. Madeline H. Haikala

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1(b)(1) of the Local Rules of the United States District Court for the Northern District of Alabama, I, Sean P. Flynn, respectfully represent to the Court:

1.      That I am an attorney at law and a member of the firm of Gordon Rees Scully Mansukhani, LLP, located at 2211 Michelson Dr., Suite 400, Irvine, CA, 92612.

2.      That I have been retained as a member of Gordon Rees Scully Mansukhani, LLP by Defendant Sentry Credit, Inc. to provide legal representation in connection with the above-entitled case now pending before the Court.

3.      That since June 10, 2002, I have been and presently remain a member in good standing of the bar of the highest Court of the State of California, where I regularly practice law. My application and certificate of good standing are filed herewith.

4.      That I am admitted to practice before the following Courts:

- U.S. Supreme Court (Admitted 10/13/2015)
- California Supreme Court (Admitted 06/10/2002)
- U.S. District Court, Central District of California (Admitted 07/16/2003)
- U.S. District Court, Southern District of California (Admitted 07/17/2003)
- U.S. District Court, Northern District of California (Admitted 10/03/2003)
- U.S. District Court, Eastern District of California (Admitted 01/07/2010)
- U.S. District Court, Northern District of Illinois (Admitted 03/03/2017)
- U.S. District Court, Northern District of Indiana (Admitted 06/26/2017)
- U.S. District Court, Eastern District of Michigan (Admitted 08/15/2016)

1

- U.S. Court of Appeals, Ninth Circuit (Admitted 05/28/2010)

5.    That there are no pending disciplinary proceedings against me in any state or federal court.

6.    I have never been admitted *pro hac vice* in this Court.

Respectfully submitted this 1st day of August, 2018.

By:  */s/ Sean P. Flynn*
Sean P. Flynn, *Pro Hac Vice Applicant*
Gordon Rees Scully Mansukhani, LLP
2211 Michelson Drive, Suite 400
Irvine, CA  92612
Tel: (949) 255-6958
Fax: (949) 474-2060
sflynn@gordonrees.com

**LOCAL COUNSEL**

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Leslie K. Eason*
Leslie K. Eason
Alabama Bar No. L62W-3405
2700 Corporate Drive, Suite 200
Birmingham, AL 35242
Tel: (205) 980-8200 // Fax: (205) 383-2816
leason@grsm.com

*Counsel for Defendant Sentry Credit, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**

BEVERLY CALHOUN,

          Plaintiff,

    vs.

SENTRY CREDIT, INC., a Washington corporation,

          Defendant.

Case No.   2:18-CV-00222-MHH

Judge Hon. Madeline H. Haikala

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, **Leslie K. Eason**, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should Petitioner, Sean P. Flynn, fail to respond to any Court order for appearance or otherwise.

Respectfully submitted this 1st day of August, 2018.

**GORDON REES SCULLY**
**MANSUKHANI, LLP**

By: */s/ Leslie K. Eason*
    Leslie K. Eason
    Alabama Bar No. L62W-3405
    2700 Corporate Drive, Suite 200
    Birmingham, AL 35242
    Tel: (205) 980-8200
    Fax: (205) 383-2816
    leason@grsm.com

    *Counsel for Defendant Sentry Credit, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **MOTION FOR ADMISSION PRO HAC VICE** upon all parties to this matter by electronically filing the same with the CM/ECF electronic filing system, which will cause a copy to be electronically served on all counsel of record.

This 1st day of August, 2018

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Leslie K. Eason*
COUNSEL

4