## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BEVERLY CALHOUN** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) 18-CV-00222-MHH |
| | ) |
| **SENTRY CREDIT, INC.** | ) |
| | ) |
| **Defendant.** | ) |

## EXHIBIT A TO PLAINTIFF'S AMENDED COMPLAINT

(start of audio)

    Answerer:    Hello

    Caller: Hi.  Beverly?

    Answerer:    No.

    Caller: Can I speak with Beverly please?

    Answerer:    You must have the wrong number.

    Caller: Oh, I am looking for Beverly Calhoun.

    Answerer:    Now that's my daughter but she doesn't live here.

    Caller: Oh.  Do you know how to get in touch with her?

    Answerer:    I would have to get – I am sick but I would have to get up out of bed to get her phone number because I don't know it right off.  What can I help you with honey?

Caller: Well, it's an important personal matter of hers.  I am trying to reach her.

Answerer:     Is this about that Serra thing?

Caller: Uh, no. No, this isn't regarding –

Answerer:     Those people are dirty and have done everything to her.

Caller: I don't know who Serra is. No, ma'am – No.  I need – I don't know who Serra is, I have no idea –

Answerer:     Sorry, I can't talk to you.

(end of audio)