# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **BEVERLY CALHOUN,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| v. | ) | **2:18-cv-00222-MHH** |
| | ) | |
| | ) | **UNOPPOSED** |
| **SENTRY CREDIT, INC.,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

## MOTION TO FILE DEPOSITION TRANSCRIPT AND EXHIBITS UNDER SEAL

Plaintiff Beverly Calhoun ("Plaintiff"), moves this Honorable Court to allow her to file the deposition transcript and exhibits of Mike Mathis under seal. As grounds, Plaintiff states as follows:

1. In the course of discovery Plaintiff took the deposition of Mike Mathis, the corporate representative of Defendant Sentry Credit, Inc. ("Sentry") pursuant to F.R.C.P. 30(b)(6) on August 15, 2018.

2. While no portion of the deposition was designated as confidential either at the deposition or since the deposition was taken, Exhibits B, C and D to the deposition consist of confidential documents.

3. Plaintiff intends to file a motion for summary judgment on her 15

U.S.C. § 1692b claim as soon as possible.  This Court requires that complete deposition transcripts and any attached exhibits be made part of the record if they are cited to in a party's motion for summary judgment.  As such, due to the confidential designation of three of the exhibits to Mike Mathis' deposition, Plaintiff respectfully requests that this Court allow her to file Mr. Mathis' deposition transcript and exhibits under seal.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully requests that this Court grant this Motion and for such other relief as this Court may deem appropriate.

RESPECTFULLY SUBMITTED,


  /s/ *W. Whitney Seals*
W. WHITNEY SEALS,
Attorney for Plaintiff

**OF COUNSEL:**
**COCHRUN & SEALS, LLC**
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Fax: (205) 323-3906
filings@cochrunseals.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th DAY OF September, 2018, that the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following:

| | |
|---|---|
| Leslie K. Eason, Esq.<br>Todd Weston, Esq.<br>**Gordon Rees Scully Manusukhani, LLP**<br>2700 Corporate Drive, Ste. 200<br>Birmingham, AL 35242<br>(205) 980-8200<br>(205) 705-8402<br>leason@grsm.com<br>tweston@grsm.com | Sean Flynn, Esq.<br>**Gordon Rees Scully Manusukhani, LLP**<br>2211 Michelson Dr.<br>Suite 400<br>Irvine, CA 92615<br>(949) 255-6950<br>sflynn@grsm.com |

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

NONE.

                                                 /s/ *W. Whitney Seals*
                                                 W. WHITNEY SEALS,
                                                 Attorney for Plaintiff